IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  CHAPTER 13
PAMELA GAY ARNETT  CASE NO. 10-33227-H5-13

NOTICE OF TRUSTEE'S
INTENT TO PAY CLAIMS

**WILLIAM E. HEITKAMP, CHAPTER 13 TRUSTEE, HEREBY GIVES NOTICE TO ALL PARTIES IN INTEREST OF THE FOLLOWING MATTERS:**

1. THE DEADLINE ESTABLISHED BY THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR FILING CLAIMS IN THE ABOVE CAPTIONED MATTER HAS EXPIRED.

2. THE DEADLINE FOR FILING OBJECTIONS TO CLAIMS ESTABLISHED BY BANKRUPTCY LOCAL RULE 3021(C) HAS EXPIRED.

3. THE FOLLOWING SCHEDULE IS A COMPLETE LISTING OF THE CREDITORS THAT HAVE EITHER BEEN INCLUDED ON THE SCHEDULES FILED BY THE DEBTOR, OR WHO HAVE ACTUALLY FILED CLAIMS IN THE ABOVE CAPTIONED CAUSE.

4. THE TRUSTEE WILL DISBURSE FUNDS RECEIVED FROM THE DEBTOR ONLY TO CREDITORS THAT HAVE FILED CLAIMS.

5. THE AMOUNT AND CLASSIFICATION OF A CREDITOR'S CLAIM IS REFLECTED ON THE FOLLOWING SCHEDULE.

6. THE PROVISIONS OF THE DEBTOR'S CONFIRMED CHAPTER 13 PLAN, AND BANKRUPTCY LOCAL RULE 3015, AFFECT THE DISTRIBUTION OF FUNDS BY THE TRUSTEE.

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 21ST MORTGAGE CORPORATION<br>P O BOX 477<br>KNOXVILLE, TN  37901 | 52,342.78 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 5681<br>COMM:  195 Road 348, Cleveland, TX |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 2920 OPEN MRI AND DIGITAL IMAGING<br>6225 FM 2920 STE 170<br>SPRING, TX  77379 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| ABC DISTRIBUTING<br>P O BOX 1306<br>NORTHBROOK, IL  60065-1306 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| ABC DISTRIBUTING<br>P O BOX 1306<br>NORTHBROOK, IL  60065-1306 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| BEHAVIORAL SERVICES OF HOUSTON<br>17207 KUYKENDAHL  SUITE #100<br>SPRING, TX  77379-8423 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| BEHAVIORAL SERVICES OF HOUSTON<br>17207 KUYKENDAHL  SUITE #100<br>SPRING, TX  77379-8423 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| CAPITAL ONE<br>% TSYS DEBT MNGMNT<br>P O BOX 5155<br>NORCROSS, GA  30091 | 707.99 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6764<br>COMM: |
| CAPITAL ONE<br>% TSYS DEBT MNGMNT<br>P O BOX 5155<br>NORCROSS, GA  30091 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 9106<br>COMM: |
| CHASE AUTO FINANCE<br>P O BOX 901032<br>FORT WORTH, TX  76101-2032 | 31,792.38 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 1704<br>COMM:  07 AVALANCHE |
| Chase Bank USA NA<br>% Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX  75374 | 442.58 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 6067<br>COMM: KHOLS |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| CHASE HOME FINANCE LLC<br>3415 VISION DR<br>MAIL CODE: 7364<br>COLUMBUS, OH  43219 | 214,242.25 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 2951<br>COMM:  Surrendered |
| CHASE HOME FINANCE LLC<br>3415 VISION DR<br>MAIL CODE: 7364<br>COLUMBUS, OH  43219 | 18,670.01 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 2951<br>COMM:  arrs-surrendered |
| Citifinancial Auto Credit***<br>% Santander Consumer USA<br>P O Box 560284<br>Dallas, TX  75356 | 12,169.43 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 3812<br>COMM:  AMD CLAIM |
| Citifinancial Auto Credit***<br>% Santander Consumer USA<br>P O Box 560284<br>Dallas, TX  75356 | 18,350.43 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 3812<br>COMM:  06 CHEVY |
| DELL FINANCIAL SERVICES LP<br>% RESURGENT CAPTIAL SERVICES<br>P O BOX 10390<br>GREENVILLE, SC  29603-0390 | 1,722.14 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 2378<br>COMM: |
| DELL FINANCIAL SERVICES LP<br>% RESURGENT CAPTIAL SERVICES<br>P O BOX 10390<br>GREENVILLE, SC  29603-0390 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 2378<br>COMM:  COMPUTER |
| GRIFFIN & ASSOCIATES<br>1000 SW 15TH ST<br>POMPANO BEACH, FL  33069 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| HSBC BANK NEVADA<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD #200<br>TUCSON, AZ  85712 | 3,302.68 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 8416<br>COMM:  HSBC |
| HSBC/RS<br>P O BOX 15521<br>WILMINGTON, DE  19805 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 8416<br>COMM:  COMPUTER |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| INTERCARE NORTH HOSPITAL<br>1120 CYPRESS STATION DR<br>HOUSTON, TX  77090-3006 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| KOHLS/CHASE<br>P O BOX 3120<br>MILWAUKEE, WI  53201 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 6752<br>COMM: |
| MARRIOTT OWNERSHIP RESORTS<br>1200 US HIGHWAY 98 SOUTH<br>LAKELAND, FL  38802 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 4518<br>COMM:  TIMESHARE |
| NCO FINANCIAL SYSTEMS<br>2360 CAMPBELL CREEK<br>RICHARDSON, TX  75082 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| NCO FINANCIAL SYSTEMS<br>P O BOX 13564<br>PHILADELPHIA, PA  19101-3564 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 2937<br>COMM: |
| NORTH SHORE AGENCY<br>270 SPANGOLI RD STE 111<br>MELVILLE, NY  11747-3515 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| PINE CREEK DENTAL AND ORTHODONTICS<br>6606 FM 1488 STE 136<br>MONTGOMERY, TX  77356 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| PINE CREEK DENTAL AND ORTHODONTICS<br>6606 FM 1488 STE 136<br>MONTGOMERY, TX  77356 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| QUEST DIAGNOSTICS<br>P O BOX 740779<br>CINCINNATI, OH  45274 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| RETAIL SERVICES<br>P O BOX 60107<br>CITY OF INDUSTRY, CA  91716 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM:  $0 |
| RETAIL SERVICES<br>P O BOX 60107<br>CITY OF INDUSTRY, CA  91716 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| RIVERPOINT DENTAL<br>206 D SOUTH LOOP 336 W @ 1-45<br>CONROE, TX  77304 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| SADLER CLINIC ASSOC<br>P O BOX 3219<br>CONROE, TX  77305 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 1478<br>COMM: |
| SALLIE MAE INC ON BEHALF OF USAF INC<br>C/O SALLIE MAE GUARANTEE SERV INC MC 8303<br>(USAF)<br>P O BOX 7167<br>INDIANAPOLIS, IN  46206-7167 | 5,137.06 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 3700<br>COMM: |
| SAN JACINTO COUNTY<br>111 STATE HWY 150 RM C5<br>COLDSPRING, TX  77331 | 1,197.34 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 3826<br>COMM:  TAXES |
| SPRINT NEXTEL - DISTRIBUTIONS<br>P O BOX 3326<br>DENVER, CO  80155-3326 | 211.87 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4850<br>COMM: |
| SPRINT PCS<br>P O BOX 8077<br>LONDON, KY  40742 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #: 5460<br>COMM:  UK |
| SUDDEN LINK<br>6151 PALUXY DR<br>TYLER, TX  75703-5976 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SUNTRUST BANK<br>P O BOX 85092<br>RICHMOND, VA  23285 | 17,149.45 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 4080<br>COMM: |
| VICK, LARRY A<br>908 TOWN & COUNTRY BLVD #120<br>HOUSTON, TX  77024 | 1,585.00 | ATTORNEY FEE<br><br>LAST 4 DIGITS OF ACCT #:<br>COMM:  ORIGINAL ATTY FEES |
| WELLS FARGO FINANCIAL NATIONAL<br>P O BOX 7510<br>CENTRAL PROCESSING<br>URBANDALE, IA  50323 | 1,846.46 | UNSECURED CLAIM<br><br>LAST 4 DIGITS OF ACCT #: 7913<br>COMM:  GALLERY FURNITURE |
| WELLS FARGO FINANCIAL NATL BNK<br>P O BOX 94498<br>LAS VEGAS, NV  89193-4498 | 0.00 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 6635<br>COMM:  FURNITURE |
| WEST ASSET MANAGEMENT<br>2703 NORTH HWY 75<br>SHERMAN, TX  75090 | 0.00 | UNSECURED CLAIM<br>NOT FILED<br>LAST 4 DIGITS OF ACCT #:<br>COMM: |
| WILSHIRE CREDIT CORPORATION<br>P O BOX 5170<br>SIMI VALLEY, CA  93052-5170 | 72,068.52 | SURRENDERED COLLATERAL<br>SURRENDERED<br>LAST 4 DIGITS OF ACCT #: 0163<br>COMM:  MTG |
| TOTAL: | $452,938.37 | |

**THE FOREGOING SCHEDULE OF CLAIMS HAS BEEN COMPILED BY THE TRUSTEE FROM THE OFFICIAL CLAIMS REGISTER OF THE BANKRUPTCY COURT. THE TRUSTEE WILL RELY ON THE ABOVE SCHEDULE TO DETERMINE WHAT CLAIMS ARE ALLOWED, AND THEREFORE ELIGIBLE TO RECEIVE FUNDS IN THIS CASE. IF YOU BELIEVE THE INFORMATION STATED ON THIS SCHEDULE REGARDING YOUR CLAIM IS INCORRECT, YOU MAY CONTACT THE TRUSTEE FOR CLARIFICATION.**

Dated: 12/28/2011

RESPECTFULLY SUBMITTED,
/s/ William E. Heitkamp
William E. Heitkamp
Chapter 13 Trustee
Admissions ID NO. 3857
9821 Katy Freeway Suite 590
Houston, TX  77024
713-722-1200

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U.S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 12/28/2011. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U.S. Bankruptcy Clerk's Office.


/s/ William E. Heitkamp
William E. Heitkamp, Trustee